Robert MCFEELY, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. WD 69100.**

Missouri Court of Appeals, Western District.

Feb. 17, 2009.

Irene C. Karns, Columbia, MO, for appellant.

Shaun J. Mackelprang, Jushua N. Corman, Jefferson City, MO, for respondent.

Before DIV II: SMART, P.J., HARDWICK and WELSH, JJ.

### ORDER

PER CURIAM.

Robert McFeely appeals from the denial of his Rule 24.035 motion, following an

evidentiary hearing. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment. Rule 84.16(b).